**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE GONZALEZ, | )NO. CV 08-7073 GW (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 27, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE